IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| RONALD D. WHITE, | Case No. 3:11cv113 |
| Plaintiff(s), | JUDGE WALTER HERBERT RICE |
| - vs - | |
| HEWITT BENEFIT RESOURCES, et.al. | |
| Defendant(s). | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

February 14, 2012

*(signature)*
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case settled with final dismissal papers due 3/14/2012."