IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RONALD D. WHITE,

        Plaintiff(s),

- vs -

HEWITT BENEFIT RESOURCES, et.al.

        Defendant(s).

Case No. 3:11cv113

JUDGE WALTER HERBERT RICE

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

February 14, 2012

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case settled with final dismissal papers due 3/14/2012."